**FILED**

AUG 0 3 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  Your Name  Quiana Lei Porter

2  Address  2008 Falls Drive

3  City, State, Zip Code  Yuba City, CA 95993

4  Telephone Number  (530) 617-2833

5

6  IN THE UNITED STATES DISTRICT COURT

7  EASTERN DISTRICT OF CALIFORNIA

8  Your Name,

9  Plaintiff,

10  vs.  Quiana Lei Porter  No.  2:20CV 1554 KJM DB PS

11  Defendants in the Complaint,

12  Defendant(s).  **COMPLAINT**

13  Yuba City Police Department, and DOES 1-50

14  A civil complaint can be typed or printed by hand.  Your complaint must be

15  legible and clearly stated, so that it is easily understood.  Clearly set out your grievance,

16  against whom and what you would like the court to do to correct the situation.  The

17  format of a civil complaint is clearly outlined in the Federal Rules of Civil Procedure.

18  You may add additional pages on numbered pleading paper as necessary.  Please refer

19  to Federal Rule of Civil Procedure 10.

20  You must sign your complaint.

21

22  Sample Format for Pro Se Litigants

23

24

25

26

Attachment 1

Plaintiff:

Quiana Lei Porter

Defendant:

Yuba City Police Department, and DOES 1-50


Complaint DATE OF INCIDENT: 8/1/18 @12:05 AM

CLIENT WAS ASSAULTED BY YCPD:


YCPD WAS AT HER BROTHER'S HOUSE REGARDING AN INCIDENT WITH HER BROTHER AND HIS ROOMATE EARLIER IN THE NIGHT; CLIENT WAS PRESENT FOR THE INCIDENT AND HER BROTHER ASKED IF SHE COULD GO TO HIS HOUSE AND SEE WHAT WAS GOING ON INSTEAD OF HIM GOING AND POTENTIALLY GETTING ARRESTED. CLIENT AND HER SON WENT TO HER BROTHER'S HOUSE TO SEE WHAT WAS GOING ON AND WHEN THEY ARRIVED, MULTIPLE OFFICERS WENT TOWARDS HER, SHE GOT HER PHONE AND GOT THE INCIDENT ON VIDEO.

MULTIPLE OFFICERS WERE GRABBING HER AND THREW HER TO THE GROUND

ONCE CLIENT WAS IN THE OFFICER'S CAR, A MALE OFFICER TOLD HER TO PUT HER BREAST BACK INTO HER SHIRT, HOWEVER SHE WAS HANDCUFFED AND WAS UNABLE TO, THE MALE OFFICER GRABBED HER BREASTS AND PUT IT BACK INTO HER SHIRT

THE ARRESTING OFFICER'S PHONE HAS THE PHOTOGRAPHS OF HER INJURIES, A NURSE CAME INTO THE JAIL AND DOCUMENTED HER INJURIES

Due to the physical and emotional harm the Plaintiff (PER SE) has incurred, she is demanding $150,000 in damages.

Respectfully,

Quiana Lei Porter                                        August 3, 2020

Quiana Lei Porter                                        August 3, 2020