UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA LEI PORTER,<br><br>Plaintiff,<br><br>v.<br><br>YUBA CITY POLICE DEPARTMENT,<br><br>Defendant. | No. 2:20-cv-1554 KJM DB PS<br><br><br><br>ORDER |

Plaintiff Quiana Lei Porter is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). On November 11, 2020, plaintiff's complaint was dismissed and plaintiff was granted leave to file an amended complaint within twenty-eight days. (ECF No. 3.) On January 11, 2021, plaintiff filed a request for an extension of time to file an amended complaint. (ECF No. 4.) Good cause appearing, plaintiff's request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's January 11, 2021 motion for an extension of time (ECF No. 4) is granted; and

////

////

////

1

2. Within twenty-eight days from the date of this order, an amended complaint shall be filed that cures the defects noted in the order issued November 12, 2020.

DATED: January 13, 2021            /s/ DEBORAH BARNES
                                   UNITED STATES MAGISTRATE JUDGE

2