UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quiana Lei Porter, | No. 2:20-cv-01554-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Yuba City Police Department, et al., | |
| Defendants. | |

Plaintiff Quiana Porter's application to proceed in forma pauperis is **granted**.  *See Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) ("An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life.").

IT IS SO ORDERED.

DATED: February 17, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1