STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

WILLIAM J. BITTNER
Associate Attorney
Angelo, Kilday & Kilduff, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| QUIANA PORTER, <br><br> Plaintiff, <br><br> vs. <br><br><br><br> HANSEN, et al, <br><br> Defendant. | No **2:20-cv-1554 KJM DB** <br><br> **STIPULATION FOR ORDER EXTENDING TIME TO DEPOSE DEFENDANT HANSON ONLY; AND ORDER** |
|---|---|

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    Plaintiff Quiana Porter, by and through her counsel, and Defendants, by and through their counsel, submit the following stipulation and request for an extension to extend the Plaintiff's discovery deadline for the sole purpose of deposing Defendant Hansen, who is currently unavailable.

    WHEREAS, Plaintiff's attorney has noticed the deposition of Defendant Hansen, months before the fact discovery cutoff date of July 11, 2022.

    WHEREAS, Defendants' attorney has informed Plaintiff's attorney that Defendant Hansen is not available but that Defendants' attorney will work with Plaintiff's attorney to make Hansen available to be deposed after the July 11, 2022 discovery cutoff deadline.

    WHEREAS, today on record, Defendants' attorney again confirmed that Defendant Hansen is not available but that Defendants' attorney will work with Plaintiff's attorney to make Hansen available to be deposed as soon as Hansen is available.

    WHEREAS, the parties have agreed to an extension to extend the Plaintiff's fact discovery deadline for the **SOLE** purpose to depose Defendant Hansen as soon as he is available to be deposed.

    NOW, THEREFORE, the Parties hereby stipulate and request a Court order ordering that Plaintiff's fact discovery deadline for the **SOLE** purpose to depose Defendant Hansen as soon as he is available to be deposed be extended for the purpose of deposing Defendant Hansen **ONLY**.

    IT IS SO STIPULATED.

///
///
///
///
///

LAW OFFICE OF STANLEY GOFF

Dated: July 11, 2022          _/s/ Stanley Goff_
                                STANLEY GOFF
                                Attorney for Plaintiff

Dated: July 11, 2022          _/s/ William Bittner_
                                WILLIAM BITTNER
                                Attorney for Defendants

## ORDER

Pursuant to the parties' stipulation IT IS HEREBY ORDERED that plaintiff's fact discovery deadline for the **SOLE** purpose to depose Defendant Hansen as soon as he is available to be deposed shall be extended for the purpose of deposing Defendant Hansen **ONLY**.

DATED: September 9, 2022        /s/ DEBORAH BARNES
                                UNITED STATES MAGISTRATE JUDGE