BRUCE A. KILDAY, SB No. 066415
  Email: bkilday@akk-law.com
DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100

Attorneys for Defendants YUBA CITY POLICE OFFICERS HANSEN, JURADO (erroneously named as HURARDO), JENSEN, AND ESCHEMAN (erroneously named as ESHMAN)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUIANA PORTER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>YUBA CITY POLICE OFFICERS HANSEN, JURADO, JENSEN AND ESHMAN, and DOES 1-25,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-01554-KJM-DB<br><br>**STIPULATED REQUEST TO MOVE DISPOSITIVE MOTION HEARING DEADLINE; ORDER**<br><br>**Honorable Kimberly J. Mueller** |

On November 18, 2021, the Court ordered that all dispositive motions shall be heard by November 18, 2022. ECF No. 29. Two months ago, defendants checked Judge Kimberly J. Mueller's available hearing dates online and confirmed that November 18, 2022 was available which made the filing deadline October 14, 2022. Local Rule 230(b).

Today, defendants checked Judge Kimberly J. Mueller's available hearing dates again and learned, for the first time, that November 18, 2022 is no longer available. Accordingly, in order to comply with ECF No. 29, a dispositive motion would have to be heard on the earlier available hearing date of November 4, 2022. This makes the filing deadline September 30, 2022.

1      The parties hereby stipulate and request that the Court modify ECF No. 29 such that all
2 dispositive motions shall be heard by **December 9, 2022** (Judge Mueller's next available civil
3 hearing date) so that the parties have additional time to meet and confer over the issues.  This will
4 not impact any other dates because there are no dates scheduled for this case after the dispositive
5 motion hearing deadline.

6      SO STIPULATED.

Dated:  September 30, 2022      ANGELO, KILDAY & KILDUFF, LLP

             */s/ Derick E. Konz*
By:_____
   DERICK E. KONZ
   WILLIAM J. BITTNER
   Attorneys for Defendants

Dated:  September 30, 2022      LAW OFFICE OF STANLEY GOFF

             */s/ Stanley Goff*
             *(as authorized on 9.27.2022)*
By:_____
   STANLEY GOFF
   Attorneys for Plaintiff

**ORDER**

Having reviewed the parties' Stipulated Request, and good cause appearing, the Court hereby modifies ECF No. 29 such that the dispositive motion hearing deadline is moved from November 18, 2022 to December 9, 2022.

IT IS SO ORDERED.

DATED: September 30, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE