UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quiana Porter,<br><br>    Plaintiff,<br><br>    v.<br><br>Yuba City Police Officers Escheman, Hansen, Jensen, Jurado, et al.,<br><br>    Defendants. | No. 2:20-cv-01554-KJM-DB<br><br>ORDER |

        On January 18, 2023, the court ordered plaintiff's counsel, Stanley Goff, to show cause within fourteen days "why the court should not take action to address the shortcomings in his practice before this court." Order to Show Cause at 5, ECF No. 83. The court directed Mr. Goff to propose corrective steps he can take to address the court's concerns. *Id.* Mr. Goff timely responded to the order to show cause. Response, ECF No. 85. In his response, Mr. Goff outlined actions he is currently taking and steps he plans to take to address the court's concerns. *Id.* at 2. The court finds the response is sufficient to discharge the order to show cause against Mr. Goff at this time, subject to a further report by Mr. Goff.

        Accordingly, the **order to show cause (ECF No. 83) is discharged**. Mr. Goff is **ordered to follow the corrective actions he proposed** in his response and is **further ordered to submit a report by August 25, 2023,** updating the court on the corrective actions he has taken and

1

1 | advising the court if he has incurred any other corrective orders from any other court in the
2 | meantime.
3 |     IT IS SO ORDERED.
4 | DATED: February 10, 2023.
5 |

CHIEF UNITED STATES DISTRICT JUDGE