UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quiana Lei Porter,<br><br>    Plaintiff,<br><br>  v.<br><br>Yuba City Police Officers Escheman, Hansen, Jensen, Jurado, et al.,<br>    Defendants. | No. 2:20-cv-01554-KJM-DB<br><br>ORDER TO SHOW CAUSE |

  On January 19, 2023, this court ordered attorney Stanley Goff to show cause why the court should not take action to address the shortcomings in his practice before this court. Prior Order to Show Cause, ECF No. 83. Mr. Goff timely responded and outlined the actions he was already taking and planning to take in the future to address the court's concerns. Response, ECF No. 85. The court found his response was sufficient to discharge the order to show cause against him, subject to a further report by Mr. Goff. Prior Order (Feb. 13, 2023), ECF No. 87. In that order, the court ordered Mr. Goff to "follow the corrective actions he proposed in his response and . . . to submit a report by August 25, 2023, updating the court on the corrective actions he has taken and advising the court if he has incurred any other corrective orders from any other court in the meantime." *Id.* at 1–2. The court's concerns regarding Mr. Goff's practice before this court included his failure to respond to court orders and his pattern of making late filings. *See* Prior Order to Show Cause. The deadline to file a report was August 25, 2023. It is now

1

1  September 29, 2023.  As if to confirm the necessity of sanctions, Mr. Goff has not submitted a
2  report as ordered by this court nor has he requested an extension of time to file the report.
3      Given his noncompliance with the court's order, Mr. Goff is ordered to show cause within
4  fourteen (14) days of the filed date of this order why the court should not now impose sanctions,
5  including monetary sanctions in the amount of $999.00 and/or suspension from practice before
6  this court.  Mr. Goff's response must be in writing and must address his failure to timely file his
7  report.  The response shall also address whether he has incurred any other corrective orders from
8  any other court.
9      IT IS SO ORDERED.
10  DATED:  September 29, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE