UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Quiana Lei Porter,<br><br>                Plaintiff,<br><br>    v.<br><br>Yuba City Police Officers Escheman, Hansen, Jensen, Jurado, et al.,<br><br>                Defendants. | No. 2:20-cv-01554-KJM-DB<br><br>ORDER |

      On September 29, 2023, this court ordered attorney Stanley Goff to show cause why the court should not impose sanctions given his noncompliance with the court's prior order. *See* Order to Show Cause, ECF No. 93. Mr. Goff timely responded. Response, ECF No. 94. As directed by the court's prior order, ECF No. 87, he has now updated the court on the corrective actions he has taken to address the court's concerns regarding his practice before this court, Response at 2–3. Having considered Mr. Goff's response, the court finds the steps he has taken are satisfactory and hereby **discharges** the order to show cause (ECF No. 93). Mr. Goff is **ordered to submit a report by November 17, 2023,** updating the court on the corrective actions he has taken by then. Specifically, Mr. Goff is directed to inform the court whether he has subscribed to the AI Software Docketbird and Legal Soft in accordance with his response to the court's prior order. *See* Response at 2–3.

      IT IS SO ORDERED.

DATED: October 17, 2023.

CHIEF UNITED STATES DISTRICT JUDGE